IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 07M-1411E |
| BRIAN D. DANDREA, | ) |
| Defendant, | ) Violation: 18 U.S.C. § 13, 7 (47 OSA 6-303B) |

**INFORMATION**

**Count 1**

*Nolo*

On or about September 23, 2007, in Comanche County, in the Western District of Oklahoma, on the Fort Sill Military Reservation,

------------------------ BRIAN D. DANDREA --------------------

the defendant herein, did drive a motor vehicle when his privilege to do so was suspended. MPs stopped a red Saturn, bearing license # 202 FMD (KY). Upon contact with the driver, later identified as the defendant, the MPs conducted a check of the defendant's driver's license on the NCIC computer. The check revealed the driver's license was suspended.

All of said acts are in violation of Title 18 U.S.C. § 13, 7 (47 OSA 6-303B).

JOHN RICHTER
United States Attorney

~~TIMOTHY LIESMANN~~ Linda A. Chapman
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Criminal Law Division
Fort Sill, OK 73503
(580) 442-3900

STATE OF OKLAHOMA            )
                             ) SS
COUNTY OF COMANCHE           )

## VERIFICATION

I, ~~TIMOTHY LIESMANN~~ Linda A. Chapman, being first duly sworn, state that I have read and know the contents of the foregoing Information and, to the best of my knowledge and belief; the statements therein are true and correct.

*Linda A. Chapman*
~~TIMOTHY LIESMANN~~ Linda A. Chapman
Special Assistant U.S. Attorney

SUBSCRIBED AND SWORN to before me this ___11th___ day of ___Oct.___, ___07___

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE